# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TORRECO HOSKIN, AIS # 196878,** ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:20-00009-JB-N** |
| ) | |
| **BRANDON McKENZIE** *and* ) | |
| **JERMAINE BULLARD,** ) | |
|    Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 15) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 26, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's motion for a stay of this action (*see* Doc. 13) is **DENIED**, and that this action is **DISMISSED without prejudice** as duplicative of the claims and causes of action in *Torreco Hoskin v. Brandon D McKenzie et al.*, Case No. 1:19-cv-00143-JB-N.

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall be entered separately.

**DONE and ORDERED** this 21st day of July, 2020.

                                          /s/ JEFFREY U. BEAVERSTOCK
                                        UNITED STATES DISTRICT JUDGE