# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TORRECO HOSKIN, AIS # 196878,** ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:20-00009-JB-N** |
| ) | |
| **BRANDON McKENZIE** *and* ) | |
| **JERMAINE BULLARD,** ) | |
|    Defendants. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants and against the Plaintiff, in that this action is **DISMISSED without prejudice**.

**DONE and ORDERED** this 21st day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE
